United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| HALEY DARIA,<br><br>          Plaintiff,<br><br>    v.<br><br>SAPIENT CORP, et al.,<br><br>          Defendants. | Case No. 21-cv-02712-TSH<br><br>**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED to the Honorable William H. Alsup for consideration of whether the case is related to *Daria v. Sapient, Inc.*, 17-cv-05453-WHA.

**IT IS SO ORDERED.**

Dated: April 16, 2021

THOMAS S. HIXSON
United States Magistrate Judge