UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

HALEY DARIA,

    Plaintiff,

v.

SAPIENT CORP, et al.,

    Defendants.

No. C 21–02712 WHA

**ORDER DENYING PLAINTIFF'S MOTIONS FOR RECONSIDERATION**

None of plaintiff's arguments or materials in support of her motions for reconsideration change the undersigned judge's reasoning on the motion to dismiss or the motions for a prefiling order. Though defendants have not yet submitted responses, the motion can be decided on the papers based on plaintiff's submissions. There is no need for oral argument.

The motion for reconsideration is **DENIED**.

**IT IS SO ORDERED.**

Dated: September 7, 2021

                                              WILLIAM ALSUP
                                              UNITED STATES DISTRICT JUDGE