UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HALEY DARIA,<br><br>            Plaintiff,<br><br>    v.<br><br>SAPIENT CORP, et al.,<br><br>            Defendants. | No. C 21-02712 WHA<br><br>**ORDER DENYING PLAINTIFF'S REQUEST FOR LEAVE TO FILE A MOTION TO CORRECT THE DISMISSAL AND PREFILING ORDER** |

Plaintiff again attempts to dispute the prior order that dismissed her case and put in place a prefiling order. Plaintiff has already moved for reconsideration and was denied. Plaintiff styles this new motion as a request for permission to file a "Motion to Correct the 8.4.21 Order for Oversights re: the record & other."

There were no oversights. Plaintiff has had her day in court more than once and her claims have failed time and again. The Court stands by its prior order and will not accept any further motions disputing the dismissal or the prefiling order. If plaintiff desires a further remedy, she must pursue her recently filed appeal.

**IT IS SO ORDERED.**

Dated: September 8, 2021

_____
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE