UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HALEY DARIA,<br>Plaintiff,<br>v.<br>SAPIENT CORP, et al.,<br>Defendants. | Case No. 21-cv-02712-RFL<br><br>**ORDER DENYING MOTION TO ALTER JUDGMENT**<br><br>Re: Dkt. No. 107 |

Before the Court is vexatious plaintiff Haley Daria's motion for relief from judgment under Rule 60(d)(3). (Dkt. No. 107.)[1] The motion is **DENIED** because it asserts no colorable basis for altering the judgment (Dkt. No. 80). Furthermore, because the motion "seek[s] to relitigate issues [Daria] has previously raised" in this lawsuit and prior lawsuits, it should not have been filed at all under the pre-filing order. (*See* Dkt. No. 98 (rejecting filing on similar grounds).)

**IT IS SO ORDERED.**

Dated: July 15, 2026

RITA F. LIN
United States District Judge

[1] To the extent that this motion seeks a limited use subpoena and leave to file a reconsideration motion, the request is denied for the reasons explained in the order ruling upon Daria's same request made in *Daria v. Sapient, Inc.*, No. 17-cv-05453, Dkt. No. 146.